| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2019 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Harjani, Sunil R. | 2. Court or Organization<br><br>United States District Court - Northern District of Illinois | 3. Date of Report<br><br>08/10/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2019<br>to<br>12/31/2019 |

| 7. Chambers or Office Address<br><br>United States District Court<br>Dirksen Federal Building<br>219 South Dearborn Street<br>Chicago, IL 60604 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Board Member | Leadership Greater Chicago |
| 2.   Board Member | Northwestern Law School Alumni Club of Chicago |
| 3.   Volunteer Council Member | Center for Conflict Resolution |
| 4.   Board Member | Federal Bar Association, Chicago Chapter |
| 5.   Senior Advisory Council member | South Asian Bar Association |
| 6.   Committee Co-Chair | American Bar Association, Section of Litigation |
| 7.   Associates Board Member | Ravinia Festival |
| 8.   Instructor | Traditional Karate Club of Wilmette |
| 9.   Adjunct Professor | Northwestern University School of Law |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Harjani, Sunil R.** | 08/10/2020 |

3.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2019 | Northwestern University School of Law (Adjunct Professor) | $3,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Northwestern University (salary) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Harjani, Sunil R.** | 08/10/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. ABA Litigation Section | Spring Conference Registration (two people) | $1,200.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harjani, Sunil R. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. JPMorgan Chase Bank (cash) | A | Interest | N | T | | | | | |
| 3. Rental property, Glenview, IL | E | Rent | M | W | | | | | |
| 4. IRA #1 (H) | | | | | | | | | |
| 5. FIDELITY GOVERNMENT MONEY MKT (SPAXX) | A | Dividend | K | T | | | | | |
| 6. FIDELITY 500 INDEX PREM FUND (FXAIX) | D | Dividend | M | T | | | | | |
| 7. FIDELITY U.S. BOND INDEX PREM FUND (FXNAX) | B | Dividend | L | T | | | | | |
| 8. VANGUARD WHITEHALL FDS HIGH DIVIDEND YIELD ETF SHS (VYM) | B | Dividend | L | T | | | | | |
| 9. VANGUARD INTL EQUITY INDEX FUND INC FTSE EMERGING MARKETS ETF (VWO) | A | Dividend | J | T | | | | | |
| 10. VANGUARD INDEX FDS S&P 500 (VOO) | B | Dividend | L | T | | | | | |
| 11. VANGUARD INDEX FDS VANGUARD SMALL CAP (VB) | A | Dividend | K | T | | | | | |
| 12. VANGUARD INDEX FDS VANGUARD TOTAL STK MKT ETF (VTI) | B | Dividend | L | T | | | | | |
| 13. VANGUARD BD INDEX FD INC LONG TERM BD ETF (BLV) | A | Dividend | K | T | | | | | |
| 14. VANGUARD BD INDEX FUND INC TOTAL BOND MARKET ETF (BND) | A | Dividend | K | T | | | | | |
| 15. VANGUARD SCOTTSDALE FUNDS LONG-TERM CORP BOND IDX FUND (VCLT) | A | Dividend | K | T | | | | | |
| 16. TESLA INC COM (TSLA) | | None | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harjani, Sunil R. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 17. RETIREMENT ACCT #1 (H) | | | | | | | | | |
| 18. Vang Primecap ADM (VPMAX) | E | Dividend | M | T | | | | | |
| 19. JH Discpl Value R6 (JDVWX) | E | Dividend | M | T | | | | | |
| 20. Metwest TOT RTN BD P (MWTSX) | B | Dividend | L | T | | | | | |
| 21. Vang TOT Intl Stk IS (VGTSX) | A | Dividend | J | T | | | | | |
| 22. Vang EXT Mkt Idx ISP (VEMPX) | A | Dividend | J | T | | | | | |
| 23. Vang Inst Index Plus (VIIIX) | A | Dividend | K | T | | | | | |
| 24. Vang TOT BD Mkt Inst (VBTIX) | A | Dividend | J | T | | | | | |
| 25. Blkrk LP Idx 2040 K (LIKKX) | D | Dividend | M | T | | | | | |
| 26. Blkrk LP Idx 2050 K (LIPKX) | A | Dividend | J | T | | | | | |
| 27. Blkrk LP Idx 2045 K (LIHKX) | A | Dividend | J | T | | | | | |
| 28. 403B ACCT #1 (H) | | | | | | | | | |
| 29. Vang Primecap ADM (VPMAX) | A | Dividend | L | T | | | | | |
| 30. JH Discpl Value R6 (JDVWX) | A | Dividend | K | T | | | | | |
| 31. Metwest TOT RTN BD P (MWTSX) | A | Dividend | K | T | | | | | |
| 32. Vang TOT Intl Stk IS (VGTSX) | A | Dividend | J | T | | | | | |
| 33. Vang EXT Mkt Idx ISP (VEMPX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harjani, Sunil R. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 34.  Vang Inst Index Plus (VIIIX) | A | Dividend | J | T | | | | | |
| 35.  Vang TOT BD Mkt Inst (VBTIX) | A | Dividend | J | T | | | | | |
| 36.  Blkrk LP Idx 2040 K (LIKKX) | A | Dividend | L | T | | | | | |
| 37.  Blkrk LP Idx 2050 K (LIPKX) | A | Dividend | J | T | | | | | |
| 38.  Blkrk LP Idx 2045 K (LIHKX) | A | Dividend | J | T | | | | | |
| 39.  BROKERAGE ACCT #1 (H) | | | | | | | | | |
| 40.  ML BANK DEPOSIT PROGRAM (cash) | A | Interest | | | Closed | 05/02/19 | L | | |
| 41.  BROKERAGE ACCT #3 (H) | | | | | | | | | |
| 42.  WELLS FARGO EXPANDED BANK DEPOSIT (CASH) | A | Dividend | | | Closed | 05/02/19 | K | | |
| 43.  BROKERAGE #4 (H) | | | | | | | | | |
| 44.  JPMORGAN TR II MUN MONEY MKT FD I (IJMXX) (cash) | A | Dividend | | | Closed | 09/03/19 | M | | |
| 45.  AMCAP FD A (AMCPX) | A | Dividend | | | Sold | 08/26/19 | K | A | |
| 46.  INCOME FD OF AMERICA (AMECX) | A | Dividend | | | Sold | 08/26/19 | K | | |
| 47.  INVESTMENT CO AMER CL A (AIVSX) | A | Dividend | | | Sold | 08/26/19 | K | | |
| 48.  PUTNAM EQUITY INCOME FUND NEW A (PEYAX) | A | Dividend | | | Sold | 08/26/19 | K | B | |
| 49.  BROKERAGE #5 (H) | | | | | | | | | |
| 50.  NORTHERN MONEY MARKET (NORXX) | A | Dividend | | | Closed | 05/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harjani, Sunil R. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. 529 ACCT #1 (H) | | | | | | | | | |
| 52. BRIGHT START EQUITY PORTFOLIO | | None | K | T | | | | | |
| 53. BRIGHT START INDEX EQUITY PORTFOLIO | | None | K | T | | | | | |
| 54. BRIGHT START INDEX BALANCED PORTFOLIO | | None | K | T | | | | | |
| 55. BRIGHT START INDEX FIXED INCOME PORTFOLIO | | None | J | T | | | | | |
| 56. 529 ACCT #2 (H) | | | | | | | | | |
| 57. BRIGHT START EQUITY PORTFOLIO | | None | K | T | | | | | |
| 58. BRIGHT START INDEX EQUITY PORTFOLIO | | None | K | T | | | | | |
| 59. BRIGHT START INDEX BALANCED PORTFOLIO | | None | K | T | | | | | |
| 60. BRIGHT START INDEX FIXED INCOME PORTFOLIO | | None | K | T | | | | | |
| 61. 529 ACCT #3 (H) | | | | | | | | | |
| 62. Bright Start Balanced Portfolio | | None | K | T | | | | | |
| 63. Bright Start Fixed Income Portfolio | | None | J | T | | | | | |
| 64. Bright Start Index Equity Portfolio | | None | K | T | | | | | |
| 65. Bright Start Index Balanced Portfolio | | None | K | T | | | | | |
| 66. Bright Start Index Fixed Income Portfolio | | None | J | T | | | | | |
| 67. 529 ACCT #4 (H) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harjani, Sunil R. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 68. Bright Start Equity Portfolio | | None | J | T | | | | | |
| 69. Bright Start Balanced Portfolio | | None | J | T | | | | | |
| 70. Bright Start Fixed Income Portfolio | | None | J | T | | | | | |
| 71. Bright Start Index Equity Portfolio | | None | J | T | | | | | |
| 72. T Rowe Price Large-Cap Growth 529 Portfolio | | None | J | T | | | | | |
| 73. Vanguard Explorer 529 Portfolio | | None | J | T | | | | | |
| 74. Vanguard Total Stock Mkt 529 Port | | None | J | T | | | | | |
| 75. Brokerage ACCT #6 (H) | | | | | | | | | |
| 76. FIDELITY GOVERNMENT MONEY MARKET(SPAXX) | B | Dividend | M | T | Open | 05/02/19 | M | | |
| 77. INVESCO GROWTH AND INCOME (ACGIX) | B | Dividend | K | T | | | | | |
| 78. INVESCO MID CAP (VGRAX) | D | Dividend | L | T | | | | | |
| 79. INVESCO OPPENHEIMER GLOBAL FD CLASS A (OPPAX) | B | Dividend | M | T | | | | | |
| 80. OPPENHEIMER GLOBAL OPPS FD SBI (OPGIX) | B | Dividend | K | T | | | | | |
| 81. AB CAP FD INC RELATIVE VALUE FD CL A (CABDX) | C | Dividend | L | T | | | | | |
| 82. BLACKROCK ADV LG CAP GRWTH FD A (BMCAX) | A | Dividend | J | T | | | | | |
| 83. BLACKROCK ADV INTL FD A (BROAX) | A | Dividend | J | T | | | | | |
| 84. BLACKROCK BASIC VALUE FD INC A (MDBAX) | C | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Harjani, Sunil R. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 85. COLUMBIA ACORN INTERNATIONAL (LAIAX) | B | Dividend | J | T | | | | | |
| 86. COLUMBIA FDS SER TR I MID CAP GROWTH FUND (CBSAX) | C | Dividend | L | T | | | | | |
| 87. EUROPACIFIC GROWTH FD CLASS A (AEPGX) | A | Dividend | J | T | | | | | |
| 88. FIRST EAGLE GLOBAL INC GLOBAL FD CL A (SGENX) | C | Dividend | L | T | | | | | |
| 89. GOLDMAN SACHS SMALL CAP VALUE FD CL A (GSSMX) | B | Dividend | K | T | | | | | |
| 90. AMERICAN GROWTH FUND OF AMERICA (GFAFX) | B | Dividend | K | T | | | | | |
| 91. AMERICAN INCOME FUND OF AMERICA (IFAFX) | B | Dividend | K | T | | | | | |
| 92. NORTHERN INCOME EQUITY (NOIEX) | B | Dividend | K | T | | | | | |
| 93. NORTHERN SMALL CAP (NOSGX) | B | Dividend | K | T | | | | | |
| 94. NORTHERN STOCK INDEX (NOSIX) | A | Dividend | K | T | | | | | |
| 95. PIONEER SER TR IV CLASSIC BALANCED FD CLASS A (AOBLX) | B | Dividend | K | T | | | | | |
| 96. T ROWE PR BLUE CHIP GRWTH FD (TRBCX) | A | Dividend | K | T | | | | | |
| 97. T ROWE PR EQ INC (PRFDX) | B | Dividend | K | T | | | | | |
| 98. TEMPLETON GRWTH FD INC A (TEPLX) | B | Dividend | K | T | | | | | |
| 99. VANGUARD REAL ESTATE INDEX ADMIRAL (VGSLX) | A | Dividend | J | T | | | | | |
| 100. VANGUARD GRWTH & INC PORT (VQNPX) | A | Dividend | K | T | | | | | |
| 101. VANGUARD WINDSOR II FD (VWNFX) | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harjani, Sunil R. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. VANGUARD TOT STK MRKT INDEX ADMIRAL (VTSAX) | A | Dividend | K | T | | | | | |
| 103. LORD ABBETT BD-DEB A (LBNDX) | B | Dividend | K | T | | | | | |
| 104. VANGUARD TOT STK MKT ETF (VTI) | A | Dividend | J | T | | | | | |
| 105. VANGUARD REIT ETF (VNQ) | A | Dividend | J | T | | | | | |
| 106. COCA-COLA EUROPEAN PARTNERS PLC (CCEP) | A | Dividend | J | T | | | | | |
| 107. AT&T INC COM (T) | A | Dividend | J | T | | | | | |
| 108. ABBVIE INC COM (ABBV) | A | Dividend | J | T | | | | | |
| 109. AGILENT TECH INC (A) | A | Dividend | J | T | | | | | |
| 110. ALTRIA GROUP (MO) | A | Dividend | J | T | | | | | |
| 111. AMEREN CORP (AEE) | A | Dividend | J | T | | | | | |
| 112. APPLE INC COM (AAPL) | A | Dividend | K | T | | | | | |
| 113. ARCHER DANIELS MIDLAND (ADM) | A | Dividend | J | T | | | | | |
| 114. BP PLC SPONSORED ADR (BP) | A | Dividend | J | T | | | | | |
| 115. CISCO SYS INC COM (CSCO) | A | Dividend | J | T | | | | | |
| 116. COCA COLA COMPANY (KO) | A | Dividend | J | T | | | | | |
| 117. CONOCOPHILLIPS (COP) | A | Dividend | J | T | | | | | |
| 118. DEERE & CO (DE) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harjani, Sunil R. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 119. DISNEY WALT COMPANY (DIS) | A | Dividend | K | T | | | | | |
| 120. EXELON CORPORATION (EXC) | A | Dividend | J | T | | | | | |
| 121. HP INC (HPQ) | A | Dividend | J | T | | | | | |
| 122. HEWLETT PACKARD ENTERPRISE CO (HPE) | A | Dividend | J | T | | | | | |
| 123. INTEL CORP (INTC) | A | Dividend | J | T | | | | | |
| 124. KEYSIGHT TECHS INC (KEYS) | | None | J | T | | | | | |
| 125. MICRON TECHNOLOGY INC (MU) | | None | K | T | | | | | |
| 126. MOTOROLA SOLUTIONS INC COM NEW (MSI) | A | Dividend | J | T | | | | | |
| 127. PROCTER & GAMBLE CO (PG) | A | Dividend | K | T | | | | | |
| 128. VERIZON COMMUNICATIONS (VZ) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Harjani, Sunil R.** | 08/10/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

VANGUARD REAL ESTATE INDEX ADMIRAL (VGSLX) was VANGUARD SPECIALIZED PORT REIT INDX (VGSIX).

VANGUARD TOT STK MRKT INDEX ADMIRAL (VTSAX) was VANGUARD TOT STK MKT INVESTOR (VTSMX).

| Name of Person Reporting | Date of Report |
|---|---|
| Harjani, Sunil R. | 08/10/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sunil R. Harjani**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544